# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Debtor: Terri-lynn E. Mitchell**              **Case #11-00527-8D3**
_____/

## Amended Chapter 13 Plan
| Changes boxed |
|---|

1. **MONTHLY PLAN PAYMENTS**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's pro-rata under the plan:

    A.   $ 480.00 for months 1 to 60 in order to pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY FEE:** $3,600.00  TOTAL PAID $3,600.00

3. **PRIORITY CLAIMS:** [as defined in 11 U.S.C.§5071]:                    **NONE**

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

   Pre-Confirmation Adequate Protection Payments:                    **NONE**

   (A) Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments Paid Through the Plan:                    **NONE**

   (B) Claims Secured by Real Property Which Debtor Intends to Retain/Arrearages Paid Through the Plan:                    **NONE**

   (C) Claims Secured by Personal Property to which Section 506 Valuation is NOT Applicable Secured Balances:                    **NONE**

   (D) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:                    **NONE**

   (E) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:                    **NONE**

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessor upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| **Name of Creditor** | **Property/Collateral** |
|---|---|
| BB&T | Vehicle |

**(G) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessor upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| **Name of Creditor** | **Property/Collateral to be Surrendered** |
|---|---|
| NationStar Mirtgage (1st) | 16209 Bridgepark Drive |
| Regions Bank (2nd) | Lithia, FL 33547 |
| Hillsborough Tax Collector | |
| Judy K. Moore | |
| Bank of America | Travel Trailer |

### (H) SECURED – LIENS TO BE AVOIDED/STRIPPED:     NONE

### (I) LEASE/EXECUTORY CONTRACTS:     NONE

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $25,889.00

### OTHER PROVISIONS:

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;
2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.
3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.
5. Case Specific Provisions: None

_____
**Debtor – Terri-Lynn E. Mitchell**

Dated: February 22 2011